UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABC,

                    Plaintiff,

          -against-

DEF,

                    Defendant.

25-CV-1820 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but the allegations are incomplete and are insufficient to show that she is unable to prepay the filing fees. The application to proceed IFP is therefore denied without prejudice, and the Clerk of Court is directed to terminate the motion.

Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached amended IFP application. If Plaintiff submits the amended IFP application, it should be fully completed and labeled with docket number 25-CV-1820 (LTS).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office.[1] If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

---

[1] The Court denied Plaintiff's motion to proceed anonymously but granted Plaintiff leave to submit a declaration in further support of her request to restrict public access to her pleadings. (ECF 10.) Plaintiff submitted a declaration (ECF 11), and the Court will resolve the issue once Plaintiff submits the amended IFP application.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    February 24, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

2