UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABC,

                            Plaintiff,

                -against-

DEF,

                            Defendant.

25-cv-1820 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 3, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 7, 2026
          New York, New York

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            Chief United States District Judge